371 A.2d 508
Commonwealth v. Jenkins, Appellant.

Argued September 15, 1976. Hugh M. Odza, with him Gerard J. Woods, for appellant; Deborah E. Glass, Assistant District Attorney, with her F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed without prejudice to appellant's right to petition for relief under the Post Conviction Hearing Act, Act of January 25, 1966, P.L. (1965) 1580, § 1, effective March 1, 1966, 19 P.S. § 1180–1 et seq.

WATKINS, P. J. and JACOBS and VAN der VOORT, JJ., would affirm without qualification.